# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 305 WAL 2017
                                    :

           Respondent           :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
            v.                       :

                                    :

                                    :

BRIAN M. LINGAFELT,                :

                                    :

           Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.